UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW OTIKER,

                Petitioner,

v.

WASHINGTON STATE,

                Respondent.

No. 3:20-CV-6151-RSL-DWC

**ORDER**

      Following entry of the Report and Recommendation of Magistrate Judge David W. Christel recommending dismissal for failure to submit an application to proceed *in forma pauperis* or pay the filing fee, petitioner paid the filing fee. The Court therefore declines to adopt the recommendation of dismissal.

      Dated this 15th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1